

Attorney Needed ASAP - Get new legal cases emailed to your computer or phone regularly.   Ad   ···



EXHIBIT A

Ready for yo

AJ, Hogan

**Tom Rose** · 3rd

Oracle

--

Reston, Virginia  ·  211 connections  ·  Contact info

### Activity
208 followers

See all

Oracle making an investment in its customers, so Oracle's customers can invest in themselves! Learn Oracle from Oracle to build the in-house expertise needed to achieve outcomes, solve…

Tom shared this
14 Reactions

People Also V

John Ca
· 3rd
Enterpris
Qualtrics

Greg W
· 3rd
Sales Dir
Americar

Joe Hirs


Messaging





Search

North American Strategic Cloud Sales Director
Oracle
Dec 2010 – Present · 9 yrs 11 mos
Washington D.C. Metro Area

## Skills & Endorsements

**Leadership** · 2

Endorsed by **2 of Tom's colleagues at Oracle**

**Sales** · 1

**Kevin Vaillant** has given an endorsement for this skill

**Customer Service** · 1

**Kevin Vaillant** has given an endorsement for this skill

Show more

## Recommendations

Received (0) Given (1)

**John W. Sigmon, CPCC, PCC,MCEC**

John Sigmon is simply put a Master Coach. If you truly want to transform your Self for the better, personally and prof

**Danny I**
Paralegal
Investiga

Messaging

Development Guru • Expert Facilitator (he/him/his)

September 18, 2020, Tom was a client of John W.'s

the sessions], and the sessions [including the account...

## Interests


**George Mason University - Schar S...**
3,660 followers


**Oracle**
5,999,929 followers


**Simon Sinek**
Optimist and Author at Simon Sinek Inc.
3,612,368 followers


**Oracle University**
34,963 followers


**TED Conferences**
18,634,554 followers



