Search       Try Premium Free for 1 Month

Don't just bounce back. - Get the speed and agility your business needs



**EXHIBIT B**

🔒 Message

### Lawrence Jelley · 3rd

Vice President Oracle University Cloud Global Sales Consulting at Oracle

Melbourne, Victoria, Australia · 500+ connections · **Contact info**

 Oracle

 RMIT University

---

### Get the LinkedIn app and see more profiles like Lawrence's anytime, anywhere

| ajdhali@dhalilaw.com | Send me a link |

Or send me an SMS instead

 Lawrence Jelley
Vice President Or...

---

### About

A Global Leader supporting the business transformation of Enterprises through the provision of innovative user adoption strategies and service solutions that drive positive business outcomes and return on investment.

### Activity
3,338 followers

 **Linda Chee** #Kudos #ThankYou very much for  Messaging

See all activity

## Experience

**Vice President Oracle University Cloud: Glob...**
Oracle
Nov 2018 – Present · 2 yrs 2 mos
Melbourne, Australia

A Global Sales Consulting Leader focused on the ac... Solutions including: Guided Learning Solutions (GLS... associated Services to drive our Customer's user ad... Products.

**SAP Education COO & Head of Sales, APJ & ...**
SAP
Jan 2016 – Nov 2018 · 2 yrs 11 mos
Melbourne, Australia

Leading a team of specialist Business Managers focu... SAP Education business across APJ & GCN. As the E... with a focus on enablement, pipeline development p... that support the MU Sales (both Direct and Indirect...

**Oracle Corporation**
15 yrs 4 mos

**Senior Director Key Accts Oracle University APAC**
Jun 2010 – Dec 2015 · 5 yrs 7 mos

Driving innovative business transformation and blended education solutions across Oracle Key Accounts throughout Asia Pacific. These endeavours are focused on supporting user adoption of Oracle technology and application solutions.

**Director, User Adoption Services, Oracle University APAC**
Apr 2006 – Jun 2010 · 4 yrs 3 mos

Collaborating with Oracle License and Services lines of business, as well as the wider Partner ecosystem, to positioned and manage the execution of business transformation and education solutions to support the implementation of applications across the entire Oracle Application footprint.

Show 1 more role



Messaging

Search

IBM Australia
Jul 1999 – Aug 2000 · 1 yr 2 mos

Delivery and business development, proposing and
solutions for IBM's internal and external customers.

**Regional Manager**
DA Consulting Group
May 1997 – Jun 1999 · 2 yrs 2 mos

Managed the start-up of the South Asia regional off
of consulting resources, the marketing and closure o
implementation of SAP solutions.

Show 1 more experience

## Education

**RMIT University**
Bachelor of Engineering, Chemical Engineering
1978 – 1981

**Swinburne University of Technology**
Masters, Enterprise Innovation
1994 – 1996

**Swinburne University of Technology**
Graduate Diploma, Management
1992 – 1993

Messaging



